| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| 1. A system for web-based communication, the system comprising: | Olark provides a real-time communication system.<br><br>Olark allows creation of personalized website widgets used for communicating.<br><br>"Time to get creative! Check out the Design section of your Olark dashboard to customize the design of your chat widget." https://www.olark.com/help/design/<br><br>"To install the Olark chat widget on your website, you'll need to first log into your Olark account. Once you are logged in, click on the Settings section from the menu on the left and then click Installation." https://www.olark.com/help/html/<br><br>"Integrations: Integrate Olark into your website, CRM, helpdesk, and other software." https://www.olark.com/pricing-pro/ |
| an electronic processor configured to: | Olark uses electronic processors to implement its real-time communication system.<br><br>Olark includes software that runs on electronic processors enabling chat services to be integrated into websites. |
| receive a request from an unauthenticated user of a web browser for a web page; | Olark receives a request from an unauthenticated user of a web browser for a web page.<br><br>When a user visits a web page, a request for a chat interface is received by Olark services.<br><br>"Integrations: Integrate Olark into your website, CRM, helpdesk, and other software." https://www.olark.com/pricing-pro/ |

| U.S. Patent No. 11,240,183 | <u>Olark</u> |
|---|---|
| | <br>https://www.olark.com/chatbot-copilot-beta/<br><br>"Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way with a smile." https://www.olark.com/chatbot-copilot-beta/ |
| send to the web browser from a first responder a question for the unauthenticated user, wherein the question is sent based on the request for the web page; | Olark sends to the web browser from a first responder a question for the unauthenticated user, wherein the question is sent based on the request for the web page.<br><br>"Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way with a smile." https://www.olark.com/chatbot-copilot-beta/<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>… |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot<br><br>Olark<br>USA (Londonderry, NH) #6515<br>I want to apply for grad school this fall but I can't find the application deadline<br>Sure, I can help you with that. Which program are you interested in?<br>MBA<br>Got it. The deadline for the business school's graduate program is April 4. Here's a link that outlines the application process for the business school: https://wpu.edu/business/graduate-admissions/application<br>Thank you. If I get in, can I defer my acceptance to start later?<br>Yes, you can defer your acceptance for up to 1 year before having to apply again.<br>https://www.olark.com/copilot-chatbot |

5886900v2/34647-0001

EXHIBIT D

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | |
| receive a first communication as part of a conversation from the unauthenticated user of the web browser, wherein the first communication comprises an answer to the question; | Olark receives a first communication as part of a conversation from the unauthenticated user of the web browser, wherein the first communication comprises an answer to the question.<br><br>Olark services receive responses from the user.   The response can be used to trigger additional auto-responses or be used to route the user to an agent.<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!"  https://www.olark.com/copilot-chatbot |

| U.S. Patent No. 11,240,183 | <u>Olark</u> |
|---|---|
| |  https://www.olark.com/copilot-chatbot |
| send the first communication to the first responder; | Olark sends the first communication to the first responder.<br><br>The Olark services responder receives responses from the user.<br><br>"CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else |

5886900v2/34647-0001

EXHIBIT D

| U.S. Patent No. 11,240,183 | <u>Olark</u> |
|---|---|
| | Review our integrations and get inspired!” https://www.olark.com/copilot-chatbot<br><br><br>https://www.olark.com/copilot-chatbot |
| determine a conversation identifier for the conversation based on the first communication; | Olark determines a conversation identifier for the conversation based on the first communication.<br><br>Conversations are stored such that individual conversations can be differentiated from other conversations.<br><br>“Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items.” |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | https://www.olark.com/features/searchable-transcripts |
| end the conversation with the first responder; | Olark ends the conversation with the first responder.<br><br>"Who's flying this plane, anyway?<br>CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/ |
| identify, based on the first communication, a second responder, wherein the second responder is different from the first responder; | Olark identifies, based on the first communication, a second responder, wherein the second responder is different from the first responder.<br><br>"Point them in the right direction<br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>…<br><br>Who's flying this plane, anyway?<br>CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/<br><br>"Easy to take over<br>CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control."<br>https://www.olark.com/chatbot-copilot-beta/<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot |
| determine a communication protocol of the second responder; | Olark determines a communication protocol of the second responder.<br><br>Agents communicate with the Olark system using a communication protocol, such as a chatting protocol or an email protocol.<br><br>"Conversation Panel<br>This is what it looks like when you receive (or initiate) your first chat.<br>…<br>Type your reply in the text area at the bottom and hit Enter to send the message."<br>https://www.olark.com/help/new-operator/<br><br>"Mobile Apps<br>You can use our mobile app to chat on the go or choose from a range of mobile apps to chat on your smartphone or tablet with Olark. You'll find setup instructions for each one below."<br>https://www.olark.com/help/mobile/ |
| determine a communication address of the second responder; | Olark determines a communication address of the second responder.<br><br>Agents communicate with the Olark system using a communication address, such as a chatting address, inbox address, or telephone number. |

| U.S. Patent No. 11,240,183 | Olark |
| --- | --- |
| | “Mobile Apps<br>You can use our mobile app to chat on the go or choose from a range of mobile apps to chat on your smartphone or tablet with Olark. You’ll find setup instructions for each one below.” https://www.olark.com/help/mobile/ |
| send the first communication to the second responder based on the communication address of the second responder; | Olark sends the first communication to the second responder based on the communication address of the second responder.<br><br>Olark sends a second responder at least portions of the conversation, such as through a shared inbox when the second responder accesses the shared inbox.<br><br>“Point them in the right direction<br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>…<br><br>Who’s flying this plane, anyway?<br>CoPilot doesn’t replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control.” https://www.olark.com/chatbot-copilot-beta/<br><br>“Easy to take over<br>CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control.” https://www.olark.com/chatbot-copilot-beta/<br><br>“Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark’s Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor’s geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!” https://www.olark.com/copilot-chatbot<br><br>“Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items.” https://www.olark.com/features/searchable-transcripts |
| receive, from the communication address of the second responder, a first reply from the second responder based on the first communication; | Olark receives, from the communication address of the second responder, a first reply from the second responder based on the first communication.<br><br>The second responder is able to continue the conversation with the user by sending a reply.<br><br>“Point them in the right direction<br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>…<br><br>Who’s flying this plane, anyway?<br>CoPilot doesn’t replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control.” https://www.olark.com/chatbot-copilot-beta/<br><br>“Easy to take over |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control." https://www.olark.com/chatbot-copilot-beta/<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |
| determine the conversation identifier based on the first reply; | Olark determines the conversation identifier based on the first reply.<br><br>As conversations are differentiated from one another, associating a reply to the conversation requires determining the conversation identifier.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |

5886900v2/34647-0001

EXHIBIT D

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | |
| map the first reply to the web browser using the conversation identifier; | Olark maps the first reply to the web browser using the conversation identifier.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items."<br>https://www.olark.com/features/searchable-transcripts |
| send the first reply to the web browser, wherein the first reply and the first communication do not include the communication address of the second responder. | Olark sends the first reply to the web browser, wherein the first reply and the first communication do not include the communication address of the second responder.<br><br>The agent's reply is sent back to the user.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items."<br>https://www.olark.com/features/searchable-transcripts<br><br>"Point them in the right direction<br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>…<br><br>Who's flying this plane, anyway?<br>CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/<br><br>"Easy to take over<br>CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control."<br>https://www.olark.com/chatbot-copilot-beta/ |

| U.S. Patent No. 11,240,183 | Olark |
|---|---|
| | "Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot |