| U.S. Patent No. 11,336,597 | **Olark** |
|---|---|
| 1. A system for web-based communication, the system comprising: | Olark provides a real-time communication system.<br><br>Olark allows creation of personalized website widgets used for communicating.<br><br>"Time to get creative! Check out the Design section of your Olark dashboard to customize the design of your chat widget." https://www.olark.com/help/design/<br><br>"To install the Olark chat widget on your website, you'll need to first log into your Olark account. Once you are logged in, click on the Settings section from the menu on the left and then click Installation." https://www.olark.com/help/html/<br><br>"Integrations: Integrate Olark into your website, CRM, helpdesk, and other software." https://www.olark.com/pricing-pro/ |
| an electronic processor configured to: | Olark uses electronic processors to implement its real-time communication system.<br><br>Olark includes software that runs on electronic processors enabling chat services to be integrated into websites. |
| receive a communication request, from a web browser of an unauthenticated user of a web page, initiated from the web page; | Olark receives a communication request from an unauthenticated user of a web page, initiated from the web page;<br><br>When a user visits a web page, a communication is sent from the web browser to Olark services from an unauthenticated user. |

| U.S. Patent No. 11,336,597 | **Olark** |
|---|---|
| | When a user visits a web page, a request for a chat interface is received by Olark services.<br><br>"Integrations: Integrate Olark into your website, CRM, helpdesk, and other software."<br>https://www.olark.com/pricing-pro/<br><br><br><br>https://www.olark.com/chatbot-copilot-beta/ |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
|  | "Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way with a smile."  https://www.olark.com/chatbot-copilot-beta/ |
| send to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request; | Olark sends to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request.<br><br>"Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way with a smile."  https://www.olark.com/chatbot-copilot-beta/<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br><br>…<br><br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br><br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory |

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | Route VIPs to their account manager based on their email or Salesforce info<br><br>Prioritize chats that have an open ticket somewhere else<br><br>Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot<br><br><br><br>https://www.olark.com/copilot-chatbot |
| receive a first communication as part of the conversation | Olark receives a first communication as part of a conversation from the unauthenticated user of the web browser. |

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| from the unauthenticated user of the web browser; | Olark services receive responses from the user.<br><br><br><br>https://www.olark.com/copilot-chatbot |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| determine a conversation identifier for the conversation based on the first communication; | Olark determines a conversation identifier for the conversation based on the first communication.<br><br>Conversations are stored such that individual conversations can be differentiated from other conversations, via a conversation identifier. For example, chats from different users are separated in the Chat Console.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts<br><br>*See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| identify, based on the first communication, a second responder, wherein the second responder is different from the first responder; | Olark identifies, based on the first communication, a second responder, wherein the second responder is different from the first responder.<br><br>A new agent is identified based on the conversation.<br><br>"Point them in the right direction<br><br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>… |

6

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | Who's flying this plane, anyway? <br><br> CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/ <br><br> "Easy to take over <br><br> CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control." https://www.olark.com/chatbot-copilot-beta/ <br><br> "Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help. <br><br> … <br><br> From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent. <br><br> … <br><br> CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways: <br><br> Use a visitor's geolocation to send the chat to their correct sales territory <br><br> Route VIPs to their account manager based on their email or Salesforce info <br><br> Prioritize chats that have an open ticket somewhere else Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
|  |  |
| determine a communication protocol of the second responder | Olark determines a communication protocol of the second responder.<br><br>Agents communicate with the Olark system using a communication protocol, such as a chatting protocol via a conversation panel or an email protocol.<br><br>"Conversation Panel<br><br>This is what it looks like when you receive (or initiate) your first chat.<br><br>…<br><br>Type your reply in the text area at the bottom and hit Enter to send the message."<br>https://www.olark.com/help/new-operator/<br><br>"Mobile Apps<br><br>You can use our mobile app to chat on the go or choose from a range of mobile apps to chat on your smartphone or tablet with Olark. You'll find setup instructions for each one below."<br>https://www.olark.com/help/mobile/ |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
|  |  |
| send the first communication to the second responder based on the communication protocol of the second responder; | Olark sends the first communication to the second responder based on the communication protocol of the second responder. <br><br> Olark sends a second responder at least portions of the conversation, such as through a shared inbox when the second responder accesses the shared inbox, as part of the transfer. <br><br> "Point them in the right direction <br><br> Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps. <br><br> … <br><br> Who's flying this plane, anyway? <br><br> CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/ <br><br> "Easy to take over <br><br> CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control." https://www.olark.com/chatbot-copilot-beta/ |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | "Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br><br>…<br><br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br><br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br><br>Route VIPs to their account manager based on their email or Salesforce info<br><br>Prioritize chats that have an open ticket somewhere else Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |
| receive, from the second responder, a first reply from the second responder based on the first communication; | Olark receives, from the second responder, a first reply from the second responder based on the first communication.<br><br>The second responder is able to continue the conversation with the user by sending a reply. |

10

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | "Point them in the right direction<br><br>Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps.<br><br>…<br><br>Who's flying this plane, anyway?<br><br>CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/<br><br><br>"Easy to take over<br><br>CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control." https://www.olark.com/chatbot-copilot-beta/<br><br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br><br>…<br><br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br><br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways: |

11

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | Use a visitor's geolocation to send the chat to their correct sales territory |
| | Route VIPs to their account manager based on their email or Salesforce info |
| | Prioritize chats that have an open ticket somewhere else |
| | Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot |
| | "Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |
| | "!transfer |
| | Transfers a conversation to another agent. If you want a new agent to handle a conversation, type !transfer @username into the chat window. You can also add a message with your transfer, after you type in !transfer, in that same sentence. |
| | For example: !transfer @agent-joe, can you take this? |
| | Once the chat is accepted by the other agent, you will be notified within the chat. Using Groups? You can also transfer between Groups by using !transfer #groupname. |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | Olark |
|---|---|
| | Lastly, you can also open the chat to any/all available agents using: !transfer. With the general, !transfer command, all other available agents will be notified within their chat clients just like any new chat conversation." https://www.olark.com/help/commands/#transfer |
| determine the conversation identifier based on the first reply; | Olark sends from the second responder, a first reply from the second responder based on the first communication. <br><br> Conversations are stored such that individual conversations can be differentiated from other conversations, via a conversation identifier. For example, chats from different users are separated in the Chat Console. <br><br> "Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts <br><br> *See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| map the first reply to the web browser using the conversation identifier; | Olark maps the first reply to the web browser using the conversation identifier. <br><br> Conversations are stored such that individual conversations can be differentiated from other conversations, via a conversation identifier. For example, messages are mapped to a particular conversation. <br><br> "Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |

13

| U.S. Patent No. 11,336,597 | **Olark** |
|---|---|
| | *See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| send the first reply to the web browser. | Olark sends the first reply to the web browser. <br><br> The agent's reply is sent back to the user. <br><br> "Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts <br><br> "Point them in the right direction <br><br> Have CoPilot ask questions to make sure your visitor gets routed to the person who can help them best. Perfect for teams with specialized roles, multiple departments, or dedicated account reps. <br><br> … <br><br> Who's flying this plane, anyway? <br><br> CoPilot doesn't replace your agent, it assists them. If it gets stuck, it calls for help. When your agents are free to take over, they can grab the wheel and own the conversation. This is a chatbot that keeps your people in control." https://www.olark.com/chatbot-copilot-beta/ <br><br> "Easy to take over |

6038354v2/34647-0001

**EXHIBIT E**

| U.S. Patent No. 11,336,597 | **Olark** |
|---|---|
| | CoPilot knows when to call for help and is easy to interrupt. Your agents are always in control." https://www.olark.com/chatbot-copilot-beta/ <br><br> "Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help. <br><br> … <br><br> From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent. <br><br> … <br><br> CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways: <br><br> Use a visitor's geolocation to send the chat to their correct sales territory <br><br> Route VIPs to their account manager based on their email or Salesforce info <br><br> Prioritize chats that have an open ticket somewhere else <br><br> Review our integrations and get inspired!" https://www.olark.com/copilot-chatbot |

6038354v2/34647-0001

**EXHIBIT E**