| U.S. Patent No. 11,349,787 | Olark |
|---|---|
| 1. A system for web-based communication, the system comprising: | Olark provides a real-time communication system.<br><br>Olark allows creation of personalized website widgets used for communicating.<br><br>“Time to get creative! Check out the Design section of your Olark dashboard to customize the design of your chat widget.” https://www.olark.com/help/design/<br><br>“To install the Olark chat widget on your website, you’ll need to first log into your Olark account. Once you are logged in, click on the Settings section from the menu on the left and then click Installation.” https://www.olark.com/help/html/<br><br>“Integrations: Integrate Olark into your website, CRM, helpdesk, and other software.” https://www.olark.com/pricing-pro/ |
| an electronic processor configured to: | Olark uses electronic processors to implement its real-time communication system.<br><br>Olark includes software that runs on electronic processors enabling chat services to be integrated into websites. |
| receive a communication request, from a web browser of an unauthenticated user of a web page, based on a request from the web browser for the web page; | Olark receives a communication request, from a web browser of an unauthenticated user of a web page, based on a request from the web browser for the web page.<br><br>When a user visits a web page, a communication is sent from the web browser to Olark services from an unauthenticated user.<br><br>When a user visits a web page, a request for a chat interface is received by Olark services.<br><br>“Integrations: Integrate Olark into your website, CRM, helpdesk, and other software.” https://www.olark.com/pricing-pro/ |

6038477v2/34647-0001

EXHIBIT F

| U.S. Patent No. 11,349,787 | **Olark** |
|---|---|
| | https://www.olark.com/chatbot-copilot-beta/<br><br>"Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way with a smile." https://www.olark.com/chatbot-copilot-beta/ |
| send to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the | Olark sends to the web browser from a first responder a request for information for the unauthenticated user of the web browser as part of a conversation, wherein the request for information is sent based on the communication request.<br><br>"Instantly greet your visitors with a friendly "hi, how may I help you" and speed up your reply times. Wrap up with a 1-click "is there anything else I can help you with today?" and send visitors on their way |

| U.S. Patent No. 11,349,787 | Olark |
|---|---|
| request for information is sent based on the communication request; | with a smile."  https://www.olark.com/chatbot-copilot-beta/<br><br>"Tell CoPilot which visitors matter most and how to greet them, and your bot will alert an agent when the visitor needs human help.<br>…<br>From there, CoPilot can automatically capture contact info for followup, offer a link to directly book a call, or patch in the right agent.<br><br>…<br>CoPilot can ask visitors questions or use Olark's Visitor Information to direct a chat to the best person to help. With visitor info, CoPilot can route chats in several ways:<br><br>Use a visitor's geolocation to send the chat to their correct sales territory<br>Route VIPs to their account manager based on their email or Salesforce info<br>Prioritize chats that have an open ticket somewhere else<br>Review our integrations and get inspired!"  https://www.olark.com/copilot-chatbot |

| **U.S. Patent No. 11,349,787** | **<u>Olark</u>** |
|---|---|
| |   https://www.olark.com/copilot-chatbot |
| receive a first communication as part of the conversation from the user, wherein the first communication comprises a response to the request for information; | Olark receive a first communication as part of the conversation from the user, wherein the first communication comprises a response to the request for information.<br><br>Olark services receive responses from the user. |

| U.S. Patent No. 11,349,787 | <u>Olark</u> |
|---|---|
| |   https://www.olark.com/copilot-chatbot |
| determine a conversation identifier for the conversation based on the first communication; | Olark determines a conversation identifier for the conversation based on the first communication.<br><br>Conversations are stored such that individual conversations can be differentiated from other conversations, via a conversation identifier. For example, chats from different users are separated in the Chat Console.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |

| U.S. Patent No. 11,349,787 | Olark |
|---|---|
| | *See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| store, in a persistent data store, a first association between the request for information and the conversation identifier; | Olark stores, in a persistent data store, a first association between the request for information and the conversation identifier.<br><br>Olark saves transcripts of chats in a persistent data store. Chat transcripts can be retrieved and the ordering of communications are preserved.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts<br><br>*See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| store, in the persistent data store, a second association between the first communication and the conversation identifier; | Olark stores, in the persistent data store, a second association between the first communication and the conversation identifier.<br><br>Olark saves transcripts of chats in a persistent data store. Chat transcripts can be retrieved and the ordering of communications are preserved.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts<br><br>*See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |

| U.S. Patent No. 11,349,787 | <u>Olark</u> |
|---|---|
| receive a request from the web browser for the conversation; | Olark receives a request from the web browser for the conversation.<br><br>Users are able to retrieve past communications when the user moves to another page or reloads their current page.<br><br>As an example, visiting https://www.olark.com/copilot-chatbot-demo/?chatbot a user can start a chat. When the user reloads this page, the past messages are requested and retrieved.<br><br>CoPilot by Olark<br>Hi, I'm Caroline! (Sales at Olark)<br>I asked our engineers to build me a demo of our automated chatbot, CoPilot. Reply below to see what it can do!<br>show them around!<br>By the way, these messages will pop up to reveal what CoPilot is doing behind the scenes.<br>In case I need to follow up with you later, can you please tell me your work email?<br>Don't worry, you won't be added to any mailing lists. I just want you to see how I can capture contact information.<br>Type here to chat with us!<br>powered by Olark<br>Want to talk with us to learn more? Request a demo |
| determine, based on the request for the conversation, | Olark determines, based on the request for the conversation, the conversation identifier associated with conversation. |

6038477v2/34647-0001

EXHIBIT F

| U.S. Patent No. 11,349,787 | **Olark** |
|---|---|
| the conversation identifier associated with conversation; | Conversations are stored such that individual conversations can be differentiated from other conversations, via a conversation identifier. For example, chats from different users are separated in the Chat Console.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts<br><br>*See also* https://www.olark.com/img/help/commands/using_a_command.gif and https://www.olark.com/help/ipaddresses/ |
| retrieve, from the persistent data store, the request for information and the first communication using the conversation identifier; | Olark retrieves, from the persistent data store, the request for information and the first communication using the conversation identifier.<br><br>Olark saves transcripts of chats in a persistent data store. When a user's past conversation is requested the identifier is determined and used to retrieve the past conversation.<br><br>"Chat, filter, search, and sort your way to a better understanding of your customers. Olark's software saves every live chat transcript and offline email in your transcript archive, along with any other information you collect — such as customer contact info, profile data, or follow-up action items." https://www.olark.com/features/searchable-transcripts |
| send, in response to the request for the conversation, the request for information and the first communication to the web browser. | Olark sends, in response to the request for the conversation, the request for information and the first communication to the web browser.<br><br>Users retrieve past communications when the user moves to another page or reloads their current page.<br><br>As an example, visiting https://www.olark.com/copilot-chatbot-demo/?chatbot a user can start a chat. |

| U.S. Patent No. 11,349,787 | Olark |
|---|---|
| | When the user reloads this page, the past messages are requested and retrieved.   |

EXHIBIT F