# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DISINTERMEDIATION SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HABLA INCORPORATED, <br><br> Defendant. | Case No. 2:22-cv-12924 <br><br> District Judge Mark A. Goldsmith <br> Magistrate Judge Kimberly G. Altman |

## NOTICE OF APPEARANCE OF JAMES K. CLELAND ON BEHALF OF DEFENDANT HABLA INCORPORATED

TO: Clerk of the Court

Please take notice that attorney James K. Cleland of Dickinson Wright PLLC hereby appears as counsel for Defendant Habla Incorporated in the above-captioned matter.

Respectfully submitted,

/s/James K. Cleland
**DICKINSON WRIGHT PLLC**
James K. Cleland (P68507)
350 S. Main Street, Ste. 300
Ann Arbor, MI 48104
(734) 436-7356
jcleland@dickinson-wright.com

Dated: December 23, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, the foregoing paper was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered counsel and serve same.

By: /s/James K. Cleland