UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISINTERMEDIATION SERVICES, INC.,

    Plaintiff,

v                                                   Case No. 22-12924
                                                   HON. MARK A. GOLDSMITH

HABLA INCORPORATED,

    Defendant.
_____/

## **ORDER STRIKING STIPULATION**

On April 17, 2023, a stipulation of dismissal was filed (Dkt. 15).

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation (Dkt. 15) is stricken.

SO ORDERED.

Dated: April 21, 2023                                      s/Mark A. Goldsmith
    Detroit, Michigan                                MARK A. GOLDSMITH
                                                  United States District Judge